[No. 3243–4–III.   Division Three.   August 19, 1980.]

THE CITY OF WALLA WALLA, *Respondent*, v. PHILLIP SCOTT KINNEAR, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 70027, Yancey Reser, J., entered

December 21, 1978. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Roe, J.